# Exhibit 1



US00D888167S

(12) **United States Design Patent**   (10) Patent No.:   **US D888,167 S**

Kislevitz et al.   (45) **Date of Patent:**   ** **Jun. 23, 2020**

(54) **WEIGHTED EXERCISE BAND**

(71) Applicants: **Natalie Kislevitz**, Brooklyn, NY (US); **Maximilian Kislevitz**, Brooklyn, NY (US)

(72) Inventors: **Natalie Kislevitz**, Brooklyn, NY (US); **Maximilian Kislevitz**, Brooklyn, NY (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/641,509**

(22) Filed: **Mar. 22, 2018**

(51) **LOC (12) Cl.** ............................................. **21-02**

(52) **U.S. Cl.**
USPC ...................................................... **D21/683**

(58) **Field of Classification Search**
USPC ...... D21/662, 677, 682, 683, 684, 686, 694; D24/190
CPC ..... A63B 23/16; A63B 23/14; A63B 21/4021; A63B 21/4019; A63B 21/4013; A63B 71/141; A63B 21/065; A63B 2209/10
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 3,366,380 | A | * | 1/1968 | Nelles | A63B 21/065 |
| | | | | | 482/105 |
| 3,528,652 | A | * | 9/1970 | Tarbox | A63B 21/065 |
| | | | | | 482/105 |
| 3,924,851 | A | * | 12/1975 | Winston | A63B 21/065 |
| | | | | | 482/105 |
| 4,239,211 | A | * | 12/1980 | Wilkerson | A63B 21/065 |
| | | | | | 156/301 |
| D296,930 | S | * | 7/1988 | Carabelli | D24/190 |
| D297,343 | S | * | 8/1988 | Winston | D21/683 |
| D297,658 | S | * | 9/1988 | Winston | D2/969 |
| 4,838,546 | A | * | 6/1989 | Winston | A63B 21/065 |
| | | | | | 482/105 |

| | | | | | |
|---|---|---|---|---|---|
| 4,997,183 | A | * | 3/1991 | Winston | A63B 21/065 |
| | | | | | 482/105 |
| D339,838 | S | * | 9/1993 | Winston | D21/683 |
| 5,667,466 | A | * | 9/1997 | Riley, Jr. | A63B 21/065 |
| | | | | | 482/105 |

(Continued)

OTHER PUBLICATIONS

Search in Google Image [Date Search Jan. 30, 2020] URL>https://www.kickstarter.com/projects/227755300/bala-bangles-the-worlds-first-yoga-weight (Year: 2017).*

*Primary Examiner* — Shannon W Morgan
*Assistant Examiner* — Keith Frank
(74) *Attorney, Agent, or Firm* — Tuly Rinckey PLLC; Steven M. Hoffberg

(57) **CLAIM**

The ornamental design for a weighted exercise band, as shown and described.

**DESCRIPTION**

FIG. **1** shows a top-side perspective view of the weighted exercise band;
FIG. **2** shows a front view of the weighted exercise band;
FIG. **3** shows a rear view of the weighted exercise band;
FIG. **4** shows a top view of the weighted exercise band;
FIG. **5** shows a bottom view of the weighted exercise band;
FIG. **6** shows a right side view of the weighted exercise band;
FIG. **7** shows a left side view of the weighted exercise band;
FIG. **8** shows a right side perspective view of the weighted exercise band in a cylindrical configuration; and,
FIG. **9** shows a perspective view of a single element of the weighted exercise band of FIG. **1** shown removed for ease of illustration.
The broken lines shown in the drawings are for the purpose of illustrating portions of the weighted exercise band, which form no part of the claimed design.

**1 Claim, 9 Drawing Sheets**





## US D888,167 S

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D395,686 S | * | 6/1998 | Eckmann | D21/684 |
| D418,559 S | * | 1/2000 | Cousins | D21/680 |
| D419,624 S | * | 1/2000 | Eckmann | D21/683 |
| D450,795 S | * | 11/2001 | Riley, Jr. | D21/680 |
| D450,796 S | * | 11/2001 | Riley, Jr. | D21/680 |
| D470,947 S | * | 2/2003 | Hamlin | D24/206 |
| D629,115 S | * | 12/2010 | Robertson | D24/190 |
| D662,557 S | * | 6/2012 | Nawracaj | D21/683 |
| 2013/0237391 A1 | * | 9/2013 | Haley | A63B 21/4021 482/105 |
| 2013/0281262 A1 | * | 10/2013 | Russotti | A63B 21/0607 482/44 |

* cited by examiner

Case 1:26-cv-02481    Document 1-1    Filed 04/26/26    Page 4 of 12 PageID #: 13



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6

Case 1:26-cv-02481     Document 1-1     Filed 04/26/26     Page 10 of 12 PageID #: 19



FIG. 7

Case 1:26-cv-02481    Document 1-1    Filed 04/26/26    Page 11 of 12 PageID #: 20



FIG. 8



FIG. 9