# Exhibit 2



To Promote the Progress          of Science and Useful Arts

## The Director

of the United States Patent and Trademark Office has received an application for a patent for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.

Therefore, this United States

*Patent*

grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America or importing the design into the United States of America for the term set forth by law.

*Katherine Kelly Vidal*

DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

## Maintenance Fee Notice

No maintenance fees are required in design patents.

## Patent Term Notice

If the application for this patent was filed on or after May 13, 2015, the term of this patent is 15 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253. If the application for this patent was filed prior to May 13, 2015, the term of this patent is 14 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253.

Form PTO-379C (Rev 09/17)



US0D1039628S

(12) **United States Design Patent**  (10) Patent No.: **US D1,039,628 S**

Sun  (45) Date of Patent: ✱✱ **Aug. 20, 2024**

(54) **WRIST ANKLE WEIGHTS**

(71) Applicant: **Xiamen Shuohui Trading Co., Ltd.,** Fujian (CN)

(72) Inventor: **Honghong Sun**, Fujian (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/937,011**

(22) Filed: **Apr. 11, 2024**

(51) **LOC (14) Cl.** ............................................. **21-02**

(52) **U.S. Cl.**
USPC ....................................................... **D21/683**

(58) **Field of Classification Search**
USPC .............. D21/662, 680, 682, 683, 684, 685; D2/614; D11/4
CPC ... A63B 23/14; A63B 23/16; A63B 23/03508; A63B 21/065; A63B 21/072; A63B 21/0726; A63B 21/4013; A63B 21/4021
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D625,376 S | | 10/2010 | Marabellas | |
| D662,557 S | | 6/2012 | Nawracaj | |
| D756,359 S | * | 5/2016 | Bailey | ............................ D11/19 |
| D888,167 S | | 6/2020 | Kislevitz | |
| D933,142 S | | 10/2021 | Finkelman | |
| D951,374 S | | 5/2022 | Wang | |
| D952,773 S | | 5/2022 | Chen | |
| D955,508 S | | 6/2022 | Ke | |
| D967,912 S | | 10/2022 | Chen | |
| D980,351 S | * | 3/2023 | Dan | ............................ D21/683 |
| D980,352 S | * | 3/2023 | Dan | ............................ D21/683 |
| D980,353 S | * | 3/2023 | Dan | ............................ D21/683 |
| D1,001,214 S | * | 10/2023 | D'Ambrosio-Correll | ... D21/680 |

(Continued)

OTHER PUBLICATIONS

"Cali Weights—Jewelry That Works For You" Oct. 7, 2020, Youtube, site visited: May 2, 2024: https://www.youtube.com/watch?v=rXOrs3Pcljg (Year: 2020).*

(Continued)

*Primary Examiner* — Jack Reickel
*Assistant Examiner* — Salamah Jordan
(74) *Attorney, Agent, or Firm* — Hawaii Patent Services; Nathaniel K. Fedde; Kenton N. Fedde

(57) **CLAIM**

The ornamental design for the wrist ankle weights, as shown and described.

**DESCRIPTION**

FIG. **1** is a front, right, top perspective view of the wrist ankle weights, showing my new design;
FIG. **2** is a rear, right, bottom perspective view thereof;
FIG. **3** is a front elevational view of the reduced scale thereof;
FIG. **4** is a rear elevational view of the reduced scale thereof;
FIG. **5** is a left side view of the enlarged scale thereof,
FIG. **6** is a right side view of the enlarged scale thereof;
FIG. **7** is a top plan view of the enlarged scale thereof;
FIG. **8** is a bottom plan view of the enlarged scale thereof;
FIG. **9** is an enlarged view of detail **9** in FIG. **1**;
FIG. **10** is an enlarged view of detail **10** in FIG. **1**;
FIG. **11** is an enlarged view of detail **11** in FIG. **2**;
FIG. **12** is an enlarged view of detail **12** in FIG. **2**;
FIG. **13** is an enlarged view of detail **13** in FIG. **3**;
FIG. **14** is an enlarged view of detail **14** in FIG. **3**;
FIG. **15** is an enlarged view of detail **15** in FIG. **4**; and,
FIG. **16** is an enlarged view of detail **16** in FIG. **7**.
The dashed broken lines in the figures illustrate portions of the wrist ankle weights that form no part of the claimed design.
The dash-dot-dash broken lines are for notating enlarged views and form no part of the claimed design.

**1 Claim, 14 Drawing Sheets**



**US D1,039,628 S**

Page 2

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D1,018,734 S | * | 3/2024 | Yan .............................. | D21/684 |
| D1,018,735 S | * | 3/2024 | Yan .............................. | D21/684 |
| 11,921,471 B2 | * | 3/2024 | Bailey ................... | G04G 21/04 |
| 2016/0129296 A1 | * | 5/2016 | Haley ................. | A63B 21/065 |
| 2019/0302837 A1 | * | 10/2019 | Liao .................... | A44C 5/0053 |
| 2020/0253340 A1 | * | 8/2020 | Valenti ................ | A44C 5/0007 |

OTHER PUBLICATIONS

"Honeycomb Fitness Ankle or Wrist Weights" Feb. 20, 2021, Amazon, site visited Sep. 16, 2023: https://www.amazon.com/dp/B08NC63B3B/ref=sspa_dk_detail_2?pd_rd_i=B08NC63B3Bp13NParams&spLa= (Year: 2021).*
"Wearable Wrist & Ankle Weights" Dec. 13, 2022, Amazon, site visited Sep. 16, 2023: https://www.amazon.com/dp/B0BPXGBBF8/ref=sspa_dk_detail_1?pd_rd_i=B0BPXGBBF8&pd_rd_w= (Year: 2022).*
"Wrist Weights Sets for Women and Men" Apr. 12, 2023, Amazon, site visited Sep. 16, 2023: https://www.amazon.com/dp/B0C279KP9R/ref=sspa_dk_detail_6?pd_rd_i=B0C279KP9R&pd_rd_w= (Year: 2023).*
"Pink Ab Pilates Wrist & Ankle Weights for Women" (amazon.com) Jul. 31, 2023 Obtained from the internet URL: <https://www.amazon.com/dp/B0CD7B24CM?ref=myi_title_dp>. Downloaded on Apr. 11, 2024.

* cited by examiner



FIG.1



*FIG.2*



FIG.3



*FIG.4*



FIG.6



FIG.5



FIG.7

FIG.8

Case 1:26-cv-02481　　Document 1-2　　Filed 04/26/26　　Page 12 of 19 PageID #: 33



FIG.9

Case 1:26-cv-02481     Document 1-2     Filed 04/26/26     Page 13 of 19 PageID #: 34



FIG.10



FIG.11



FIG.12



FIG.13



FIG.14



FIG.15

Case 1:26-cv-02481    Document 1-2    Filed 04/26/26    Page 19 of 19 PageID #: 40



*FIG.16*