# Exhibit 3

Design Registration 30-0934806

_____

(19) Korean Intellectual Property Office (KR)

(12) Registered Design Bulletin (S)

(45) Publication Date: December 11, 2017

(11) Registration Number: 30-0934806

(24) Registration Date: December 5, 2017

_____

(52) Classification

(51) International Classification 21-02

(21) Application Number 30-2017-0017127

(22) Application Date April 13, 2017

_____

(73) Design Rights HolderJeong Ji-young486 Baekjegobun-ro, Room 408, Songpa-gu, Seoul (Bangidong, Olympic Park Ville)

(72) CreatorJeong Ji-young486 Baekjegobun-ro, Room 408, Songpa-gu, Seoul (Bangidong, Olympic Park Ville)

(74) RepresentativeKim Young-kwanResponsible Examiner: Park Cheol-seong

_____

(54) Name: Swimming aid tube

_____

Design Registration 30-0934806

Design drawings

Goods Item Category 21

Goods that are the subject of the design

Swimming aid tube


Description of the Design

1. The material is synthetic resin.

2. The design allows users to wear it around the waist using the velcro formed at both ends while wearing the swimsuit, which is particularly helpful for beginners in learning to swim.

3. Figure 1.1 shows the overall shape of the design.

4. Figure 1.2 shows the front part of the design, while Figure 1.3 shows the back part of the design.

5. Figure 1.4 shows the left side of the design, and Figure 1.5 shows the right side of the design.

6. Figure 1.6 shows the flat part of the design, while Figure 1.7 shows the bottom part of the design.

7. Reference figure 1.1 represents the usage state of the design wrapped around the waist of the body, where reducing the width of the tube at both waist sides facilitates user movement, providing convenience in use.


Key Points of Design Creation Content

The essence of the design creation content is the combination of the shape and form of the 'swimming aide tube.'

Design Registration 30-0934806

Drawing 1.1



Drawing 1.2



Drawing 1.3



Drawing 1.4



Drawing 1.5



Drawing 1.6



Drawing 1.7



Design Registration 30-0934806

Reference Drawing 1.1



등록디자인 30-0934806

| | (19) 대한민국특허청(KR)<br>(12) 등록디자인공보(S) | (45) 공고일자 | 2017년12월11일 |
|---|---|---|---|
| | | (11) 등록번호 | 30-0934806 |
| | | (24) 등록일자 | 2017년12월05일 |

(52) 분류          E3-51
(51) 국제분류      21-02
(21) 출원번호      30-2017-0017127
(22) 출원일자      2017년04월13일

(73) 디자인권자

　　정지영

　　서울특별시 송파구 백제고분로 486, 408호 (방이동, 올림픽파크빌)

(72) 창작자

　　정지영

　　서울특별시 송파구 백제고분로 486, 408호 (방이동, 올림픽파크빌)


(74) 대리인

　　김영관

담당심사관 : 박철성

(54) 명칭 **수영 보조 튜브**

- 1 -

등록디자인 30-0934806

*디자인도면*

*물품류*

제21류

*디자인의 대상이 되는 물품*

수영 보조 튜브

*디자인의 설명*

1. 재질은 합성수지재임.

2. 본원 디자인은 사용자가 수영복을 입은 상태에서 양단에 형성된 벨크로를 이용하여 허리 둘레에 맞춰 착용하는 것으로서, 특히 초보자의 경우 수영 학습 효과에 큰 도움이 되는 것임.

3. 도면 1.1은 본원 디자인의 전체적인 형태를 표현한 것임.

4. 도면 1.2는 본원 디자인의 정면 부분을 표현한 것이고, 도면 1.3은 본원 디자인의 배면 부분을 표현한 것임.

5. 도면 1.4는 본원 디자인의 좌측 부분을 표현한 것이고, 도면 1.5는 본원 디자인의 우측 부분을 표현한 것임.

6. 도면 1.6은 본원 디자인의 평면 부분을 표현한 것이고, 도면 1.7은 본원 디자인의 저면 부분을 표현한 것임.

7. 참고도면 1.1은 본원 디자인을 몸체의 허리부에 감싼 평면상의 사용 상태를 나타낸 것으로, 특히 양쪽 허리 부분에 튜브의 폭을 축소함에 따라 사용자의 움직임이 수월하여 사용상의 편의성이 제공되는 것임.

*디자인 창작 내용의 요점*

본원 "수영 보조 튜브"의 형상과 모양의 결합을 디자인 창작내용의 요점으로 함.

*도면 1.1*



등록디자인 30-0934806

– 3 –

*도면 1.2*



*도면 1.3*



*도면 1.4*



등록디자인 30-0934806

*도면 1.5*



*도면 1.6*



*도면 1.7*



*참고도면1.1*



본원 디자인

몸체 (허리부)