# Exhibit 4

**Notice:Policy Warning**

**From Amazon<no-replies-appeals@amazon.com>**
**DateMon 2025-05-1223:02**
**To    maiwei666666@outlook.com<maiwei666666@outlook.com>**

shalom !

We removed the following items.
ASIN:BOD45M9YHM,BOD459VYWR,BOD44V51SJ,BOD44TVLFC,BO CRYZBNV3, BOCRYXBCKJ,BOCRYSY6GP,BODDT5WVGS,B ODDT6W4JR,BODDT8TLXT

Type of infringement: patent

Claimed intellectual property: D888167

Complaint number: 17700197361

Name of the owner: Bala Bangles

Email address of the owner of the rights: KimberMarie@esca.legal

Why does this happen?

We removed some of your items because we received a report from the rights owner alleging that these items are suspected of infringing their patent rights. This is a violation of Amazons policies. Amazon sellers must comply with Amazons product Posting Policies and are not allowed to sell items that violate Amazons policies (https://sellercentral.amazon.com/gp/help/external/201361070  ) Goods.

How do I relaunch my product?

To allow us to relist your item, please send one of the following documents for our review:

----A court order stating that you are permitted to sell these goods, as illustrated by each of the items mentioned in the cease sale notice

You have not violated Amazons policies on any of these products.

--Non-infringement certificate issued by the legal counsel.

--Contact the owner of the right to report a violation directly and ask them to submit a revocation request. We only accept revocation requests submitted directly to us by the owner of the right, and revocation requests in the form of forwarding or attachment will not be accepted. The following are the owners of the right

Contact information:

--Name of rights owner: Bala Bangles

--Email address of rights owner: KimberMarie@esca.legal

Is there any mistake in removing your goods?

If you think this operation is wrong, please let us know. Your explanation should include the following information:

--The removed goods do not violate Amazons intellectual property policy.

--Evidence that the removed goods comply with Amazons intellectual property policies.

How to send the requested information?

Notice:Policy Warning-weizong lv-Outlook
Go to the Account Status page (https://sellercentral.amazon.com/performance/dashboard?

ref=ah_em_mpa) In the "Compliance with commodity policy" section, "Received intellectual property complaints." Find the record of the product you want to appeal and click the "Appeal" button next to the record to submit an appeal requesting that the product be resold.

What happens if you dont send the requested information?
If we do not receive a response, the relevant product will remain in the removal status, and the violation record will be displayed on your "Account Status" page for up to 180 days after you receive the notice until the violation is resolved. If this violation or other policy violations are not resolved, your account may be deactivated.

We are always here to help you.
If you would like to know why your product is suspected of infringing another persons intellectual property rights, please search for "Intellectual Property Policy" in the Seller Help Center (https://sellercentral.

amazon.com/gp/help/external/201361070). If you need any information, please contact us (https://sellercentral.amazon.com/cu/contact-us)

There are two ways to view account performance: one is access

https:// sellercentral .amazon .com/ performance/ dashboard ?ref= ah_ em_ mpa; 2. Use an iOS or Android device to select Account Status on the home screen of the Amazon Seller app. The Account Status page shows your account performance based on the performance metrics you need to meet and the policies you must follow in order to sell on Amazon Marketplace.

--Download iOS apps: https://itunes.apple .com/ us/ app/ amazon- seller/ id 794141485

--Download Android apps:
https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US
Sincerely,Amazon.com

SPC-USAmazon-1284231683074388