AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Xiamen Tingken Electronic Technology Co., Ltd. | ) |
| *Plaintiff* | ) |
| v. | )      Case No.     26-cv-02481 |
| Bala Bangles, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Xiamen Tingken Electronic Technology Co., Ltd. a/k/a NOONCRAZYPRO Store      .

Date:     04/26/2026

/s/Lance Liu
*Attorney's signature*

Lance Liu & 3002946
*Printed name and bar number*

15 Minuteman Circle
Southbury, CT 06488

*Address*

Lanceliu2000@Gmail.com
*E-mail address*

(203) 706-9536
*Telephone number*

*FAX number*