AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:26-cv-02481-MKB-LKE**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Bala Bangles, Inc.**
was received by me on  **5/15/2026:**

☐  I personally served the **SUMMONS; COMPLAINT** on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Capitol Services, Inc**, who is designated by law to accept service of process on behalf of **Bala Bangles, Inc.** at **108 Lakeland Ave, Dover, DE 19901-5109** on **05/15/2026 at 12:44 PM**; or

☐   I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 145.00** for services, for a total of **$ 145.00**.

I declare under penalty of perjury that this information is true.

Date:  05/15/2026

_____
*Server's signature*

**Alan Zielen**
*Printed name and title*

**16192 Coastal Hwy**
**Lewes, DE 19958**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to Capitol Services, Inc, Registered Agent with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a dyed-haired white female contact 18-25 years of age, 5'8"-5'10" tall and weighing 120-140 lbs with piercings.  Successfully served. Maura North was the authorized individual.**





Tracking #: **0223528573**