AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

<table>
<tr><td>Xiamen Tingken Electronic Technology Co., Ltd.<br><i>Plaintiff</i></td><td>)<br>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Case No.    1:26-cv-02481-MKB-LKE</td></tr>
<tr><td>Bala Bangles, Inc.<br><i>Defendant</i></td><td>)<br>)<br>)</td><td></td></tr>
</table>

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bala Bangles, Inc.                                                              .

Date:     06/02/2026

/s/ Erik J. Halverson
*Attorney's signature*

Erik J. Halverson (Bar No. 5983127)
*Printed name and bar number*

K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

*Address*

erik.halverson@klgates.com
*E-mail address*

(415) 882-8238
*Telephone number*

(415) 882-8220
*FAX number*