**K&L GATES**

June 2, 2026

Erik J. Halverson
Partner
Erik.Halverson@klgates.com

T +1 415 882 8238
F +1 415 882 8220

<u>**Via ECF**</u>

The Honorable Margo K. Brodie, Chief Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Xiamen Tingken Electronic Technology Co., Ltd. v. Bala Bangles, Inc.*
            Case No. 1:26-cv-02481-MKB-LKE
            <u>Defendant's Unopposed Request for Extension of Time to Respond to Complaint</u>

Dear Judge Brodie:

I write on behalf of Defendant Bala Bangles, Inc. ("Defendant") in the above-referenced matter. Defendant respectfully requests a 28-day extension of time to answer or otherwise respond to the Complaint (ECF No. 1) in this matter.

Defendant's response to the Complaint is currently due on June 5, 2026. If the 28-day extension is granted, Defendant's response would be due on or before July 6, 2026. This is Defendant's first request for an extension of time.

Defendant requests this extension to allow it to further investigate the allegations in the Complaint and prepare an appropriate response. Counsel for Defendant has conferred with counsel for Plaintiff, and Plaintiff does not oppose the requested extension.

Respectfully submitted,

*/s/ Erik J. Halverson*
Erik J. Halverson
*Counsel for Defendant Bala Bangles, Inc.*

cc: All Counsel of Record via ECF

K&L GATES LLP
FOUR EMBARCADERO CENTER   SUITE 1200   SAN FRANCISCO   CA 94111
T +1 415 882 8200  F +1 415 882 8220  klgates.com