**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

```
-------------------------------------------------- X
XIAMEN TINGKEN ELECTRONIC              :
TECHNOLOGY CO., LTD. A/K/A             :
NOONCRAZYPRO STORE,                    :     Case 1:26-cv-02481-MKB-LKE
                                       :
          Plaintiff,                   :
                                       :
     v.                                :
                                       :
BALA BANGLES, INC.,                    :
                                       :
          Defendant.                   :
                                       :
-------------------------------------------------- X
```

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Bala Bangles, Inc. hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: June 2, 2026

Respectfully submitted,

*/s/ Erik J. Halverson*
Erik J. Halverson
K&L Gates LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
erik.halverson@klgates.com

*Attorney for Defendant*

1