# CIVIL MINUTE CALENDAR

**Before EDNY (Brooklyn), U.S. District Judge Ramón E. Reyes, Jr.**

**Date:** 9/21/2026 **Time in Court:** 23 minutes

**Docket Number:** 26-cv-2481

**Case Title: Xiamen Tingken Electronic Technology Co., Ltd. v. Bala Bangles, Inc.**

**Court Reporter:** N/A **Time Log:** # RER WebEx Audio

**Law Clerk:** AMF

**Plaintiff(s)/Petitioner represented by:**

- Lance Liu

**Defendant(s)/Respondent represented by:**

- Erik Halverson

**Type of Hearing Held:** Premotion Hearing

**Pending Motion(s):** N/A

**TEXT:** Case Called. Lance Liu appeared for Plaintiff. Erik Halverson appeared for Defendant. Discussion held. Defendant's motion to dismiss deemed made on the premotion letters, and the Court grants the motion in part. The Court transfers this case to the Central District of California. *See* 28 U.S.C. § 1400(b).

Contact the ESR Dept at (718) 613-2590 to order the transcript.